DIVIX GOLF, INC., Plaintiff,

v.

Jeffrey P. MOHR, and Remedy Golf, Inc., Defendants–Appellants,

Bandwagon, Inc., Diana Sarcoz, and Felix Hoang, Defendants.

No. 2012–1236.

United States Court of Appeals, Federal Circuit.

Oct. 8, 2014.

Todd A. Moore, of San Diego, CA, argued for defendants-appellants.

WALLACH, CHEN, and HUGHES, Circuit Judges.

---

for an injunction. That appeal is docketed in this court as 2014–5102.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**